IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ARNITA AVERY KELLY,

   Plaintiff,

   v.

SOUTHEAST TOYOTA FINANCE,

   Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-3670-TWT

ORDER

This is a Truth-in-Lending Act action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action for failure to state a claim. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 22 day of November, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge