IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARNITA AVERY KELLY, <br><br> Plaintiff, <br><br> v. <br><br> SOUTHEAST TOYOTA FINANCE, <br><br> Defendant. | CIVIL ACTION FILE <br> NO. 1:11-CV-3670-TWT |

## ORDER

This is a Truth-in-Lending Act action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action for failure to state a claim. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 22 day of November, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Kelly\11cv3670\r&r.wpd